CLOSED, MDL, TRANSFERRED

# U.S. District Court
# SOUTHERN DISTRICT OF TEXAS (Houston)
# CIVIL DOCKET FOR CASE #: 4:08−cv−00317

Gifford v. Davol, Inc. et al
Assigned to: Judge Keith P Ellison
Cause: 28:1332 Diversity−Product Liability

Date Filed: 01/28/2008
Date Terminated: 03/10/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Jessie Ann Gifford**

represented by **David Willis Alexander**
Attorney at Law
1989 Kingston Cove
League City, TX 77573
832−372−2926
Fax: 281−538−6292
Email: info@davidalexanderlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**

**Defendant**

**C. R. Bard, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 01/28/2008 | | COMPLAINT against all defendants (Filing fee $ 350 receipt number 3418952) filed by Jessie Ann Gifford. (Attachments: # 1 Civil Cover Sheet Jessie Ann Gifford)(Alexander, David) (Entered: 01/28/2008) |
| 01/29/2008 | | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons.Initial Conference set for 4/4/2008 at 10:45 AM in Room 3716 before Judge Keith P Ellison.( Signed by Judge Keith P Ellison ) Parties notified.(mmapps, ) (Entered: 01/29/2008) |
| 02/13/2008 | | First CERTIFICATE OF INTERESTED PARTIES by Jessie Ann Gifford, filed.(Alexander, David) (Entered: 02/13/2008) |
| 03/10/2008 | | JPML CONDITIONAL TRANSFER ORDER (15) (certified copy) transferring case to Rhode Island to be included in MDL Docket No. 1842. Case terminated on 3/10/08. Parties notified.(rvazquez, ) (Entered: 03/10/2008) |
| 03/10/2008 | | MDL transfer to District of Rhode Island. Case transferred electronically. (rvazquez, ) (Entered: 03/10/2008) |